# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PENNEAST PIPELINE COMPANY, LLC,<br>One Meridian Boulevard, Suite 2C01<br>Wyomissing, PA  19610<br><br>      Plaintiff,<br><br>vs.<br><br>PERMANENT EASEMENT FOR 0.36 ACRES ± IN WEST AMWELL TOWNSHIP, HUNTERDON COUNTY, NEW JERSEY, TAX PARCEL NO. 1026-3.06-13 AND<br><br>PERMANENT EASEMENT FOR 0.12 ACRES ± IN WEST AMWELL TOWNSHIP, HUNTERDON COUNTY, NEW JERSEY, TAX PARCEL NO. 1026-3-13;<br><br>MICHAEL F. VOORHEES, WELLS FARGO BANK, N.A., JP MORGAN CHASE BANK, N.A., JERSEY CENTRAL POWER & LIGHT COMPANY, STATE OF NEW JERSEY, DEPARTMENT OF TRANSPORTATION;<br><br>AND ALL UNKNOWN OWNERS,<br><br>      Defendants. | CIVIL ACTION<br><br>Docket 3:18-cv-1938-BRM-DEA<br><br>**Electronically Filed** |

## NOTICE OF VOLUNTARY DISMISSAL OF JERSEY CENTRAL POWER & LIGHT COMPANY

Please take notice that the above-named Plaintiff dismisses this action against Defendant Jersey Central Power & Light Company without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

                                          Respectfully submitted,

By:    */s/ James M. Graziano*
        James M. Graziano, Esquire
        Archer & Greiner, P.C.
        One Centennial Square
        P.O. Box 3000
        Haddonfield, New Jersey 08033-0968
        (856) 795-2121
        Attorneys for Plaintiff
        *PennEast Pipeline Company, LLC*

Dated: February 11, 2019

215937004v1