UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 19-1191 thru 19-1232
_____

In re:  PENNEAST PIPELINE COMPANY, LLC

STATE OF NEW JERSEY; NEW JERSEY DEPARTMENT OF
ENVIRONMENTAL PROTECTION; NEW JERSEY STATE
AGRICULTURE DEVELOPMENT COMMITTEE; DELAWARE & RARITAN
CANAL COMMISSION; NEW JERSEY WATER SUPPLY AUTHORITY;
NEW JERSEY DEPARTMENT OF TRANSPORTATION; NEW
JERSEY DEPARTMENT OF THE TREASURY; NEW
JERSEY MOTOR VEHICLE COMMISSION,
Appellants
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Nos. 3-18-cv-01597, 3-18-cv-01603, 3-18-cv-01638, 3-18-cv-01643,
3-18-cv-01668, 3-18-cv-01669, 3-18-cv-01670 3-18-cv-01672, 3-18-cv-01673,
3-18-cv-01682, 3-18-cv-01684, 3-18-cv-01689, 3-18-cv-001699, 3-18-cv-01701,
3-18-cv-01709, 3-18-c-01721, 3-18-cv-01743, 3-18-cv-01754, 3-18-cv-01756,
3-18-cv-01774, 3-18-cv-01778, 3-18-cv-01801, 3-18-cv-01806,
3-18-cv-01845, 3-18-cv-01851, 3-18-cv-01855, 3-18-cv-01859, 3-18-cv-01863,
3-18-cv-01869, 3-18-cv-01874, 3-18-cv-01896, 3-18-cv-01905, 3-18-cv-01938,
3-18-cv-01942, 3-18-cv-01973, 3-18-cv-01974, 3-18-cv-01976, 3-18-cv-01990,
3-18-cv-01995, 3-18-cv-02001, 3-18-cv-02003 and 3-18-cv-02014)
District Judge:  Hon. Brian R. Martinotti
_____

Argued
June 10, 2019

Before:  JORDAN, BIBAS, and NYGAARD, *Circuit Judges.*

_____

## JUDGMENT

_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was argued on June 10, 2019.  On consideration whereof,

It is now hereby ORDERED and ADJUDGED that the Order of the District Court signed on December 14, 2018, is hereby VACATED to the extent that it condemned property interests owned by the Appellants and granted preliminary injunctive relief with respect to those property interests, and the matter is REMANDED for dismissal of claims against the Appellants.  All of the above in accordance with the opinion of this Court.  The parties to bear their own costs.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk of the Court

DATED:  September 10, 2019